BEFORE THE FIRST DIVISION, MARCH 21, 1940

No. 43405.—Protest 15195–K of Advance Solvents & Chemical Corp. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is practically identical with the iron sand passed upon in *Mantle Lamp Co.* v. *United States* (T. D. 48927). The claim at three-fourths of 1 cent per pound under paragraph 335 was therefore sustained.